**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DAN MICHAEL YOUNG,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES CENTRAL DISTRICT COURT,<br><br>    Respondent. | No. CV 21-4899-VAP (PLA)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: June 21, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE